In the Matter of EDWYN BLAKE, Petitioner, v BRIAN WING, as Acting Commissioner of New York State Department of Social Services, et al., Respondents. [668 NYS2d 118] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: Substantial evidence supports respondents' determination to discontinue petitioner's home relief, food stamps and medical assistance benefits on the ground that petitioner willfully and without good cause failed or refused to comply with the requirements of the Job Opportunities and Basic Skills Training Program (*see, Matter of Allen v Dowling*, 214 AD2d 446, 447; *see also*, Social Services Law § 158-b; 18 NYCRR part 385). The medical reports received at the fair hearing indicate that there are limitations on the type of physical activities that petitioner is capable of performing, but that he is nevertheless employable (*see, Matter of Van Leuvan v Blum*, 73 AD2d 1003, 1004). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Onondaga County, Mordue, J.) Present—Green, J. P., Lawton, Wisner, Balio and Boehm, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOE JOHNSON, Appellant. [668 NYS2d 132] —Judgment unanimously affirmed. Memorandum: By failing to move to withdraw the guilty plea or to vacate the judgment of conviction, defendant failed to preserve for our review his contention that his plea was not knowingly, intelligently and voluntarily made (*see, People v Barnes,* 239 AD2d 955). We decline to exercise our power to address that contention as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Supreme Court, Onondaga County, Brunetti, J.— Attempted Criminal Possession Controlled Substance, 5th Degree.) Present—Pine, J. P., Lawton, Wisner, Balio and Fallon, JJ.